Enrique Abarca et al., Petitioners, v. Jorge Ortiz Toro, Clerk of the District Court of San Juan, Civil Section, Respondent.

No. 283. Argued March 15, 1933.—Decided March 16, 1933.

*F. Soto Gras* for petitioners.

Mr. Justice Wolf delivered the opinion of the Court.

The petitioners had the idea that the clerk of the District Court of San Juan had a mere ministerial duty in recording a judgment after the entry of a default. They have presented a petition of mandamus to this Court.

No satisfactory reason was assigned for presenting the petition to this Court in first instance and it should be denied on that ground alone.

The principal reason for denying the issuance of the writ is entirely harmonious with our rules and what we have said in the foregoing paragraph. It is, in general, the district court that should have supervision over its own officers and require them by direct order after motion or by mandamus to comply with their duties.

In any event, the shorter course and entirely harmless is to go to the court by motion and ask that the clerk be ordered to act.

Furthermore, a writ of mandamus should never be issued out of a superior court unless the latter is convinced that the case is a meritorious one. The writ of mandamus is subject to the legal and equitable discretion of the court. *New York Life & Fire Ins. Co.* v. *Wilson,* 8 Pet. 290, 301; *Lutz* v. *Post, Governor of P. R.,* 14 P.R.R. 830; 38 C. J. 550, sec. 20.

The writ will be denied.